# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN GREEN,<br>    Plaintiff,<br><br>           v.<br><br>USA LINK SYSTEM,<br>    Defendant. | CV 22-725 DSF (JPRx)<br><br>JUDGMENT |

The Court having granted a motion for default judgment,

IT IS ORDERED AND ADJUDGED that judgment be entered in favor of Plaintiff in the amount of $10,000 in statutory damages, $1,200 in attorney's fees, and $519 in costs.

Date: September 27, 2022

Dale S. Fischer
United States District Judge